IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RYEISHA GAINES**  **PLAINTIFF**
ADC #713306

V.   Case No. 4:22-cv-00343-LPR-JTR

**MARY MILLER, Corporal,**
Wrightsville Hawkins Unit for Women, *et al.*   **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Ms. Gaines' due process, free exercise, retaliation, and discrimination claims against Miller and Ikiliagwu are DISMISSED without prejudice for failure to state a viable claim. If Ms. Gaines can remedy the deficiencies pointed out on these claims, she of course may seek to amend her complaint.

The Clerk of the Court is instructed to terminate Michael Ikiliagwu as a party Defendant.

IT IS SO ORDERED this 27th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE